**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

In re:                                       Case No.    08-12719-BKC-RAM

                                             Chapter     7

THOMASON, NOEMY

_____Debtor._____/



## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

(x )   The trustee has a balance of $53.16  remaining in the trustee's account which
       represents unpresented checks drawn and mailed to entities pursuant to the final
       distribution under U.S.C. ' ' 726, 1226 or 1326 in a case under chapter 7, 12 or
       13 of title 11. The  trustee has made a good faith effort to verify the correct
       mailing addresses for said entities and deliver the funds before presenting this
       notice. More than sufficient time has passed for these checks to be presented for
       payment; or

()     The trustee has a balance of $0.00 remaining in the trustee's account which
       represents small dividends as defined by Bankruptcy Rule 3010.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the
names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the Trustee hereby gives notice that the above stated sum has been
deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect
closing of this estate.

Dated:  March 8, 2011

                                        /S/
                                        Marcia T. Dunn, Trustee
                                        P.O. Box 561507
                                        Miami, Florida 33256-1507
                                        Telephone: (305) 275-2733
                                        Facsimile: (305) 275-2732
                                        mdunn@ryan-dunn.com

LF-26 (rev. 12/01/02)

SERVICE LIST

Office of the US Trustee
51 SW First Avenue
Room 1204
Miami, FL 33130

ROBERTO RAMIREZ
5805 BLUE LAGOON DR #380
MIAMI, FL 33126

Ruden, McClosky, Smith, et al
c/o Richard H. Malchon, Jr., Esq.
401 E. Jackson St., Ste 2700
Tampa, FL 33602

LF-26 (rev. 12/01/02)

UNCLAIMED FUNDS
CASE NO. 08-12719-BKC-RAM

| Creditor | Claim No. | Amount Paid |
|----------|-----------|-------------|
| Ruden, McClosky, Smith, et al<br>c/o Richard H. Malchon, Jr., Esq.<br>401 E. Jackson St., Ste 2700<br>Tampa, FL 33602 | 5 | $53.16 |

LF-26 (rev. 12/01/02)